UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No.  10-cr-97-01/02/03-SM

<u>Richard Webster, Ronald Martel,</u>
<u>and Garth Martel,</u>
    Defendants

<u>O R D E R</u>

Defendant Ronald Martel's motion to continue the final pretrial conference and trial is granted (document no. 27). Trial has been rescheduled for the February 2011 trial period. Defendant Ronald Martel shall file a waiver of speedy trial rights not later than December 16, 2010. On filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 3, 2011 at 3:00 p.m.

Jury selection will take place on February 15, 2011 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

December 7, 2010

cc: Jessica C. Brown, Esq.
Jaye Rancourt, Esq.
Robert S. Carey, Esq.
Donald A. Feith, AUSA
U.S. Marshal
U.S. Probation