# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
     Plaintiff

       v.

                       Case No.  10-cr-97-02/03-SM

<u>Ronald Martel</u>
     Defendant

## O R D E R

Defendant Ronald Martel's  motion to continue the trial for thirty days is granted  (document no. 51).  Trial has been rescheduled for the  June 2011 trial period.  Defendant Ronald Martel shall file a waiver of speedy trial rights not later than May 20, 2011.  On filing of such waiver,  his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing or, if necessary, the Final Pretrial Conference is rescheduled for June 14, 2011 at 2:30 p.m.

Jury selection will take place on June 21, 2011 at 9:30 a.m.


SO ORDERED.


Steven J. McAuliffe
Chief Judge


May 12, 2011

cc:   Jaye Rancourt, Esq.
      Donald A. Feith, AUSA
      U.S. Marshal
      U.S. Probation